UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WESLEY RICKS (#499599)**

**VERSUS**

**KEITH MINOR, ET AL.**

**CIVIL ACTION**

**NO. 19-399-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 21, 2021 (Doc. 52), to which a bill of exceptions/objection, (Doc. 53) was filed.

**IT IS ORDERED** that this action is dismissed, without prejudice, for failure of Plaintiff to serve Defendants as required by Federal Rule of Civil Procedure 4(m).

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>September 29, 2021</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**